**Morgan Lewis**

**Klair Fitzpatrick**
Partner
+1.215.963.4935
klair.fitzpatrick@morganlewis.com

August 24, 2026

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** ***DaRoza v. Regeneron Pharmaceuticals, Inc.***
**Case No. 7:26-cv-03041-KMK**

Dear Judge Karas:

We represent Defendant Regeneron Pharmaceuticals, Inc. and write jointly with Plaintiff Gabriella DaRoza to respectfully request a temporary stay of discovery pending their mediation scheduled for October 14, 2026.

The parties have agreed to participate in mediation on October 14, 2026, in an effort to resolve this action without the need for further litigation. In light of the upcoming mediation, the parties respectfully submit that a temporary stay of discovery would conserve the parties' and the Court's resources, avoid potentially unnecessary litigation expenses, and allow the parties to focus their efforts on a potential resolution of the matter.

At this juncture, the Court has not entered a scheduling order, and no discovery deadlines are currently in place. Accordingly, the requested stay would not require the modification of any existing scheduling order or discovery deadline.

The parties, therefore, respectfully request that the Court stay discovery through October 14, 2026. The parties propose that, within seven days following the mediation, they submit a joint status letter advising the Court whether the matter has resolved and, if not, proposing next steps with respect to discovery and the entry of an appropriate scheduling order.

The parties thank the Court for its consideration of this request and are available to discuss this proposal at the Court's convenience.

Respectfully submitted,

Granted. The Parties are to provide a status letter by 10/21/26.

So Ordered.

8/24/26

Klair Fitzpatrick

c: Counsel of Record (via ECF)